IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERNEST R. GIBSON, JR.,**

    **Petitioner,**

vs.                                         Case No.  4:14cv53-MW/CAS

**JESSI A. CHUNN,**

    **Respondents.**
_____/

## ORDER OF DISMISSAL

Pending is Plaintiff's civil rights complaint, doc. 1.  On March 26, 2014, Plaintiff was directed to either submit an amended complaint or file a Notice of Voluntary Dismissal by April 21, 2014.  Doc. 13.  Plaintiff has filed a notice of voluntary dismissal, doc. 14, seeking dismissal of his case and requesting that the lien be removed from his inmate bank account.

The court granted Plaintiff leave to proceed in forma pauperis in this action on February 24, 2014, doc. 6, and the Department of Corrections was directed to forward monthly payments to the court from Plaintiff's prison account towards the balance due of the filing fee.  By separate order, the court conducted a substantive review of Plaintiff's original complaint and his First Amended Complaint and advised him as to its

deficiencies, and directed him to submit a second amended complaint by April 21, 2014. Doc. 11.  Rather than submitting the second amended complaint as directed, Plaintiff tendered the instant notice of voluntary dismissal pursuant to Fed.R.Civ.P. Rule 41 (a)(1)(A)(i).  Doc. 14.  In his motion, Plaintiff states that he no longer wishes to pursue this action.  It is evident that this motion should be treated as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer or files a motion for summary judgment.  Because the defendants have not yet been served, it is clear that the Plaintiff is entitled to take a voluntary dismissal at this time.

As Plaintiff proceeds in this action _in forma pauperis_, pursuant to the Prison Litigation Reform Act he is obligated to pay the assessed filing fee of $350.00.  This is true regardless of Plaintiff's voluntary dismissal of the action.  Thus the court's Order Granting Leave to Proceed In Forma Pauperis (doc. 6), in which the agency having custody of Plaintiff was instructed to forward monthly payments from Plaintiff's prison account towards the balance due of the filing fee, remains in effect.

Accordingly, it is **ORDERED** that the notice of voluntary dismissal, doc. 14, is accepted and the Clerk shall close this file upon entry of this order on the docket.

**DONE AND ORDERED** on April 9, 2014.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**